**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Jin Song
v.
PIL, LLC and Publications International LTD.

Case Number:

**FILED: MAY 14, 2008**
**08CV2807                AEE**
**JUDGE GRADY**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Jin Song

| | |
|---|---|
| NAME (Type or print) | |
| Timothy J. Vezeau | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Timothy J. Vezeau | |
| FIRM | |
| Katten Muchin Rosenman LLP | |
| STREET ADDRESS | |
| 525 W. Monroe Street | |
| CITY/STATE/ZIP | |
| Chicago, IL  60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 289612 | 312-902-5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |