**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Jin Song v. PIL, LLC and Publications International LTD. | **FILED: MAY 14, 2008**<br>**08CV2807        AEE**<br>**JUDGE GRADY**<br>**MAGISTRATE JUDGE NOLAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Jin Song

| NAME (Type or print) |
|---|
| Michael A. Dorfman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael A. Dorfman |

| FIRM |
|---|
| Katten Muchin Rosenman LLP |

| STREET ADDRESS |
|---|
| 525 W. Monroe Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6255860 | 312-902-5200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐