**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Jin Song<br>v.<br>PIL, LLC and Publications International LTD. | Case Number:<br><br>**FILED: MAY 14, 2008**<br>**08CV2807                    AEE**<br>**JUDGE GRADY**<br>**MAGISTRATE JUDGE NOLAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Jin Song

| |
|---|
| NAME (Type or print)<br>Sharyn M. Castle |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Sharyn M. Castle |
| FIRM<br>Katten Muchin Rosenman LLP |
| STREET ADDRESS<br>525 W. Monroe Street |
| CITY/STATE/ZIP<br>Chicago, IL  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6287130 | TELEPHONE NUMBER<br>312-902-5200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐